

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00167-CR

Ruben **BARRERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR0089
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 25.2(d).

SIGNED April 29, 2020.

Irene Rios, Justice